UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Antoinette Burrell  
    Ellis L Burrell  
        Debtor(s)

Case No. 11 B 23866

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/06/2011.

2) The plan was confirmed on 08/17/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/01/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 11/04/2013.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 30.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $34,812.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$34,812.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,924.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,559.65 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,483.65** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACL Inc | Unsecured | 1,209.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 297.58 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | 3,374.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 7,147.00 | 7,068.31 | 7,068.31 | 5,758.01 | 550.97 |
| Americredit Financial Ser Inc | Unsecured | 7,147.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Baystate Gas | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Ben J Wallace Jr DDS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 204.00 | 224.32 | 224.32 | 0.00 | 0.00 |
| Capital One Auto Finance | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 16,925.00 | 16,458.38 | 16,691.69 | 13,974.72 | 1,284.87 |
| Capital One Auto Finance | Unsecured | 2,497.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 4,607.00 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging Ltd | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 1,500.00 | 2,056.06 | 2,056.06 | 0.00 | 0.00 |
| Department Of Employment Security | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| Department Stores National Bank | Unsecured | 96.00 | 100.39 | 100.39 | 0.00 | 0.00 |
| Federal Loan Service | Unsecured | 521.00 | NA | NA | 0.00 | 0.00 |
| FMS Inc | Unsecured | 61.51 | NA | NA | 0.00 | 0.00 |
| Grant & Webber | Unsecured | 3,028.92 | NA | NA | 0.00 | 0.00 |
| H W Dental Associates | Unsecured | 933.60 | NA | NA | 0.00 | 0.00 |
| High Tech Medical | Unsecured | 139.27 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 816.68 | 816.68 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 1,347.04 | 1,347.04 | 1,347.04 | 0.00 |
| Internal Revenue Service | Priority | NA | 7,412.74 | 7,412.74 | 7,412.74 | 0.00 |
| Internal Revenue Service | Unsecured | 4,904.00 | 449.26 | 449.26 | 0.00 | 0.00 |
| John H Stroger Jr Hospital | Unsecured | 9,084.00 | NA | NA | 0.00 | 0.00 |
| John H Stroger Jr Hospital | Unsecured | 290.02 | NA | NA | 0.00 | 0.00 |
| John H Stroger Jr Hospital | Unsecured | 5,009.40 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Linebarger Goggan Blair & Simpson | Unsecured | 1,003.12 | NA | NA | 0.00 | 0.00 |
| Linebarger Goggan Blair & Simpson | Unsecured | 16,979.64 | NA | NA | 0.00 | 0.00 |
| Midwest NEOPED Association LTD | Unsecured | 615.00 | NA | NA | 0.00 | 0.00 |
| National Credit Solution | Unsecured | 151.33 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Oxford Management Services | Unsecured | 4,842.35 | NA | NA | 0.00 | 0.00 |
| Peter L Lowe Jr | Unsecured | 3,785.54 | NA | NA | 0.00 | 0.00 |
| Physiotherapy Associates | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 2,062.00 | 2,013.00 | 2,013.00 | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 283.00 | 470.20 | 470.20 | 0.00 | 0.00 |
| Precise Ambulance Service | Unsecured | 98.49 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 127.00 | 160.98 | 160.98 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 255.00 | 281.02 | 281.02 | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 1.90 | NA | NA | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 288.45 | NA | NA | 0.00 | 0.00 |
| Resurrection Medical | Unsecured | 20,101.00 | NA | NA | 0.00 | 0.00 |
| RMC Emergency Physicians | Unsecured | 1,067.00 | NA | NA | 0.00 | 0.00 |
| Rosemont Dept of Public Safety | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | NA | 4,826.99 | 4,826.99 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 7,887.00 | NA | NA | 0.00 | 0.00 |
| Trust Rec Sv | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 40,743.00 | 41,535.06 | 41,535.06 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $23,760.00 | $19,732.73 | $1,835.84 |
| **TOTAL SECURED:** | **$23,760.00** | **$19,732.73** | **$1,835.84** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,759.78 | $8,759.78 | $0.00 |
| **TOTAL PRIORITY:** | **$8,759.78** | **$8,759.78** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$52,933.96** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $4,483.65 |
| Disbursements to Creditors | $30,328.35 |
| **TOTAL DISBURSEMENTS** : | **$34,812.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/13/2013         By: /s/ Marilyn O. Marshall
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**